# ALISHAEV LAW GROUP

100-15 Queens Blvd Suite 203
Forest Hills, NY 11375
Tel: (718) 459-2030
Fax: (718) 865-4245
Email: alishaevlaw@gmail.com

Date: May 28, 2019

Judge Cecelia G. Morris
355 Main Street
Poughkeepsie, NY 12601-3315

    Re:    Wilberforce Washington Gray
              Chapter 13 Bankruptcy
              Case No.: 19-11520-cgm
              Date Filed: May 8, 2019

Dear Judge Cecelia G. Morris:

    This office represents Wilberforce Washington Gray, the above-referenced Chapter 13 debtor. The Debtor has determined that he is unable to cure the pre-petition arrears through a chapter 13 plan. Accordingly, the Debtor seeks to voluntarily dismiss his chapter 13 petition. Pursuant to Section 1307(b) of the Bankruptcy Code, "on request of the debtor at any time, if the case has not been converted under section 706, 1112, or 1208 of this title, the court shall dismiss a case under this chapter." Therefore, under Section 1307(b) the Debtor has a right to seek dismissal of his case. Simultaneously herewith, the Debtor will file an application as well as a proposed order seeking said dismissal. I thank the Court for its time and consideration.

                                    Respectfully yours,
                                    /S/ David Alishaev

                                    DAVID ALISHAEV

cc:
Krista M. Preuss
Chapter 13 Standing Trustee
399 Knollwood Road
White Plains, NY 10603
(914) 328-6333

Danielle P. Light, Esq.
Counsel for Creditor JDP Mortgage, LLC
450 Seventh Avenue, Suite 1408
New York, New York 10123
Tel: (646) 490-6677